Benjamin J. Sweet
ben@sweetlawpc.com
**THE SWEET LAW FIRM, P.C.**
186 Mohawk Drive
Pittsburgh, PA 15228
Phone: (412) 742-0631

Jonathan D. Miller
jonathan@nshmlaw.com
Alison M. Bernal
alison@nshmlaw.com
**NYE, STIRLING, HALE & MILLER, LLP**
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Phone: (805) 963-2345

*Counsel for Plaintiff Demieli Wright*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DEMIELI WRIGHT,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE GORILLA GLUE COMPANY, INC., dba LUTZ FILE & TOOL CO., O'KEEFFE'S COMPANY, and MILLERS FALLS TOOL CO., AND DOES 1-5,<br><br>                    Defendants. | Civil Action No.: 1:19-cv-01009-TWP-MPB<br><br>**NOTICE OF DISMISSAL (FRCP RULE 41(a))** |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.      Whereas Plaintiff Demieli Wright filed the above-referenced case against The Gorilla Glue Company, Inc., dba Lutz File & Tool Co., O'Keeffe's Company, and Millers Fall Tool Co., and Does 1-5 on March 13, 2019.

2. Whereas the complaint in the above-referenced case alleges violations of the Americans with Disabilities Act with respect to websites owned, operated, or controlled by defendants.

3. Whereas Defendants have not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

4. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks voluntary dismissal of the Complaint.

Dated: March 28, 2019          Respectfully Submitted,

/s/ Noah C. Thomas
Noah C. Thomas
noah@chapmanlaw.com
**CHAPMAN LAW LLC**
420 Main Street, Suite 1202
Evansville, IN 47708
Phone: (812) 426-0600
Fax: 866-543-0024

Benjamin J. Sweet
ben@sweetlawpc.com
**THE SWEET LAW FIRM, P.C.**
186 Mohawk Drive
Pittsburgh, PA 15228
Phone: (412) 742-0631

Jonathan D. Miller
jonathan@nshmlaw.com
Alison M. Bernal
alison@nshmlaw.com
**NYE, STIRLING, HALE & MILLER, LLP**
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Phone: (805) 963-2345

*Counsel for Plaintiff Demieli Wright*